## PADRON v. STATE.
### No. 23574.

Court of Criminal Appeals of Texas.
Feb. 7, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of possessing marihuana with a sentence of two years in the penitentiary.

The record, as brought forward, contains neither bills of exception or a statement of facts. The proceedings appear regular and nothing is presented for our consideration.

The judgment of the trial court is affirmed.